# UNITED STATES COURT OF APPEALS

## FOR THE EIGHTH CIRCUIT

FILED
AUG 2 3 2001
U. S. DISTRICT COURT
EASTERN DISTRICT OF MO

No.  98-2549

United States of America,

    Appellee,

vs.

Billie Jerome Allen,

    Appellant.

97CR141ERW

Appeal from the United States
District Court for the
Eastern District of Missouri

**JUDGMENT**

This appeal from the United States District Court was submitted on the record of the district court, briefs of the parties and was argued by counsel.

After consideration, it is hereby ordered and adjudged that the judgment of the district court in this cause is affirmed in accordance with the opinion of this Court.

(5172-010199)

April 12, 2001

A true copy.

    ATTEST: *Michael E. Gans*

        CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.

MANDATE ISSUED

MANDATE ISSUED
AUG 2 2 2001

#615

UNITED STATES DISTRICT COURT EASTERN MISSOURI
INTERNAL RECORD KEEPING


AN ORDER, JUDGMENT OR ENDORSEMENT WAS SCANNED, FAXED AND/OR MAILED TO THE FOLLOWING INDIVIDUALS ON 08/24/01 by gfreeman
        4:97cr141    USA vs Holder


COPIES FAXED AND/OR MAILED TO THE PARTIES LISTED BELOW AND THE
UNITED STATES PROBATION OFFICE AND UNITED STATES PRETRIAL SERVICE OFFICE.
IF THIS IS A JUDGMENT IN A CRIMINAL CASE SEND CERTIFIED COPIES TO THE
FOLLOWING:    4 Certified Copies to USM
              2 Certified Copies to USP
              1 Copy to Financial
              1 Copy to O.S.U.

```
Jennifer Brewer -   77205      Fax: 314-831-5645
Edward Dowd -       8341       Fax: 314-259-2020
Michael Gross -     9771       Fax: 314-727-4378
Joseph Landolt -    6484       Fax: 314-539-2777
Daniel Mohs -                  Fax: 314-531-1011
Judith Ronzio -     7301       Fax: 314-444-5528
Charles Shaw -      4339       Fax: 314-725-5967
John Simon -        5676       Fax: 573-632-6778
Richard Sindel -    4380       Fax: 314-721-8545
```

SCANNED & FAXED BY:
AUG 24 2001
MJM