**UNITED STATES COURT OF APPEALS**
FOR THE EIGHTH CIRCUIT
THOMAS F. EAGLETON COURT HOUSE
ROOM 24.329
111 S. 10TH STREET
ST. LOUIS, MISSOURI 63102

MICHAEL E. GANS
Clerk of Court

VOICE (314) 244-2400
FAX (314) 244-2780
www.ca8.uscourts.gov

June 22, 2005

RECEIVED
JUN 2 2 2005
U. S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

Mr. Michael A. Gross
Suite 207
34 N. Brentwood Boulevard
St. Louis, MO  63105

    Re:   98-2549   United States vs. Billie Jerome Allen

Dear Counsel:

    Enclosed is a copy of an order entered today in the above case at the direction of the court.

(5009-010199)

Sincerely,

Michael E. Gans
Clerk of Court

paw

Enclosure(s)

cc:    Honorable E. Richard Webber, U.S. District Judge
        Joseph M. Landolt, Asst. U.S. Attorney
        Mary Jane Lyle
        Steven E. Holtshouser
        Billie Jerome Allen
        John William Simon
        West Publishing
        Lois Law
        Carleen Horenkamp, Court Reporter
        James G. Woodward, Clerk

    District Court/Agency Case Number(s):   4:97-CR-141(ERW)

# UNITED STATES COURT OF APPEALS

## FOR THE EIGHTH CIRCUIT

No. 98-2549

United States of America,

    Appellee,

vs.

Billie Jerome Allen,

    Appellant.

Order Denying Petition for Rehearing and for Rehearing En Banc

The petition for rehearing en banc is denied. The petition for rehearing by the panel is also denied.

Judge Gruender did not participate in the consideration or decision of this matter.

(5128-010199)

June 22, 2005

Order Entered at the Direction of the Court:

*Michael E. Gans*

Clerk, U.S. Court of Appeals, Eighth Circuit