UNITED STATES COURT OF APPEALS
FOR THE EIGHTH CIRCUIT
THOMAS F. EAGLETON COURT HOUSE
ROOM 24.329
111 S. 10TH STREET
ST. LOUIS, MISSOURI 63102

MICHAEL E. GANS
Clerk of Court

VOICE (314) 244-2400
FAX (314) 244-2780
www.ca8.uscourts.gov

RECEIVED
OCT 13 2005
U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

October 13, 2005

Mr. James G. Woodward
Clerk
U.S. DISTRICT COURT, EASTERN MISSOURI
111 S. Tenth Street
St. Louis, MO 63102

Re: 98-2549   United States vs. Billie Jerome Allen

Dear Clerk:

Enclosed is a copy of a letter from the Supreme Court stating certiorari has been filed in the referenced case.

(5255-010199)

Sincerely,

Michael E. Gans
Clerk of Court

paw

Enclosure

District Court/Agency Case Number(s):   4:97-CR-141(ERW)

# Supreme Court of the United States
## Office of the Clerk
### Washington, DC 20543-0001

October 4, 2005

William K. Suter
Clerk of the Court
(202) 479-3011

1962661

Clerk
United States Court of Appeals for the Eighth
Circuit
Thomas F. Eagleton Courthouse
111 S. 10th Street, Rm. 24329
St. Louis, MO  63102

**FILED**

OCT 1 1 2005

MICHAEL GANS
CLERK OF COURT

Re: Billie Jerome Allen
v. United States
No. 05-6764
(Your No. 98-2549)

Dear Clerk:

The petition for a writ of certiorari in the above entitled case was filed on September 29, 2005 and placed on the docket October 4, 2005 as No. 05-6764.

Sincerely,

William K. Suter, Clerk

by *Heather Trant*

Heather Trant
Case Analyst

**RECEIVED**

OCT 1 1 2005

U. S. COURT OF APPEALS
EIGHTH CIRCUIT