# United States Court of Appeals
*For The Eighth Circuit*
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
**St. Louis, Missouri 63102**

**Michael E. Gans**
*Clerk of Court*

VOICE (314) 244-2400
FAX (314) 244-2780
www.ca8.uscourts.gov

## MEMORANDUM

**TO:** Mr. James G. Woodward

**FROM:** Michael E. Gans, Clerk of Court

**DATE:** December 20, 2006

**RE:** 98-2549  United States v. Billie Jerome Allen

District Court/Agency Case Number(s):   4:97-CR-141(ERW)

---

Enclosed is a letter received from the United States Supreme Court stating that an order has been filed denying certiorari in the above case.

paw

**Supreme Court of the United States**
**Office of the Clerk**
**Washington, DC 20543-0001**

December 11, 2006

William K. Suter
Clerk of the Court
(202) 479-3011

United States Court of Appeals for the Eighth
Circuit
Thomas F. Eagleton Courthouse
111 S. 10th Street, Rm. 24329
St. Louis, MO 63102

Re: Billie Jerome Allen
v. United States
No. 05-6764
(Your No. 98-2549)

Dear Clerk:

The Court today entered the following order in the above-entitled case:

The petition for a writ of certiorari is denied.

Sincerely,

*William K. Suter*

William K. Suter, Clerk

RECEIVED BY MAIL DEC 20 2006 U.S. DISTRICT COURT EASTERN DISTRICT OF MO

RECEIVED DEC 19 2006 U.S. COURT OF APPEALS EIGHTH CIRCUIT